JOHN LANG, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued October 13, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*W. W. MacFarland* for appellant.

*C. D. Rust* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____